# EXHIBIT C

| From: | Aidin Ghavimi <Aidin@starpointlaw.com> |
| --- | --- |
| Sent: | Friday, October 7, 2022 11:09 AM |
| To: | Karim, Mossamat N. (San Francisco) |
| Cc: | McKenzie Mitosinka; Ilana Fine; John Vafa; Siegel, Adam Y. (LA) |
| Subject: | Re: Kila Smith v. Claire's |

**[EXTERNAL SENDER]**

**[EXTERNAL SENDER]**

Will do. Typo in my last email: Plaintiff's demand *is* inclusive of attorney's fees and costs.

Very truly yours,

Aidin Ghavimi, Esq.
STARPOINT, LC
15233 Ventura Blvd., PH16
Sherman Oaks, California 91403
T  310.424.9971
D  818.518.6993
F  424.255.4035
aidin@starpointlaw.com

**PRIVILEGE AND CONFIDENTIALITY NOTICE**
This electronic message transmission is intended for the named recipient(s) only and contains information from Starpoint, LC which may be confidential, protected by the attorney-client privilege, and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail, or by calling (310) 556-9627 and delete the original message and any attachments without reading or saving in any manner.





[EXTERNAL SENDER]

[EXTERNAL SENDER]

Hi Nicki,

Pleasure speaking. Plaintiff agrees to dismiss Ryan Vero without prejudice.

Plaintiff's demand is $75,000 not inclusive of attorney's fees and costs.

I look forward to hearing from you.

Very truly yours,

Aidin D. Ghavimi
Attorney at Law



**STARPOINT**LC
ATTORNEYS AT LAW

15233 Ventura Blvd., PH16
Sherman Oaks, California 91403
T 310.424.9971
D 818.518.6993
F 424.255.4035
aidin@starpointlaw.com

**PRIVILEGE AND CONFIDENTIALITY NOTICE**
This electronic message transmission is intended for the named recipient(s) only and contains information from Starpoint, LC which may be confidential, protected by the attorney-client privilege, and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail, or by calling (310) 556-9627 and delete the original message and any attachments without reading or saving in any manner.

| From: | Aidin Ghavimi <Aidin@starpointlaw.com> |
|---|---|
| Sent: | Monday, April 4, 2022 2:58 PM |
| To: | Siegel, Adam Y. (LA) |
| Cc: | Kessler, Nolan W. (Sacramento); John Vafa |
| Subject: | Re: Smith v. Claire's |

**[EXTERNAL SENDER]**

Adam,

Ms. Smith was a long term employee in good standing until she developed health conditions. She soon after began being written up and ultimately terminated. The timeline doesn't look good for your client. I appreciate your client's interest in early resolution. My client is also interested in early resolution. She has authorized me to communicate an offer of $80,000.

Very truly yours,

Aidin Ghavimi, Esq.
STARPOINT, LC
15233 Ventura Blvd., PH16
Sherman Oaks, California 91403
T 310.424.9971
D 818.518.6993
F 424.255.4035
aidin@starpointlaw.com

**PRIVILEGE AND CONFIDENTIALITY NOTICE**
This electronic message transmission is intended for the named recipient(s) only and contains information from Starpoint, LC which may be confidential, protected by the attorney-client privilege, and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail, or by calling (310) 556-9627 and delete the original message and any attachments without reading or saving in any manner.





From: Aidin Ghavimi <Aidin@starpointlaw.com>
Sent: Thursday, March 10, 2022 7:31 PM
To: Siegel, Adam Y. (LA) <Adam.Siegel@jacksonlewis.com>
Cc: Kessler, Nolan W. (Sacramento) <Nolan.Kessler@jacksonlewis.com>; John Vafa <John@starpointlaw.com>
Subject: Re: Smith v. Claire's

**[EXTERNAL SENDER]**

Adam the demand is $125,000. I see now that it was left out of the demand. My understanding is that there was no request for a longer leave.

Very truly yours,

Aidin Ghavimi, Esq.
STARPOINT, LC
15233 Ventura Boulevard, PH16
Sherman Oaks, California 91403
T  310.424.9971
D  818.518.6993
F  424.255.4035
aidin@starpointlaw.com

**PRIVILEGE AND CONFIDENTIALITY NOTICE**
This electronic message transmission is intended for the named recipient(s) only and contains information
from Starpoint, LC which may be confidential, protected by the attorney-client privilege, and/or the work product
doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content
of this information is prohibited. If you have received this communication in error, please notify us immediately by e-
mail, or by calling (310) 556-9627 and delete the original message and any attachments without reading or saving in any
manner.