DocuSign Envelope ID: E1FB379C-73DE-43AC-9D99-FE803E3BFACA

Adam Y. Siegel (SBN 238568)
**JACKSON LEWIS P.C.**
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430
E-mail: Adam.Siegel@jacksonlewis.com

Mossamat N. Karim (State Bar No. 329711)
**JACKSON LEWIS P.C.**
50 California Street, 9th Floor
San Francisco, CA 94111-4615
Telephone: (415) 796-5421
Facsimile: (415) 394-9401
E-mail: Mossamat.Karim@jacksonlewis.com

Attorneys for Defendants
CLAIRE'S BOUTIQUES, INC.
AND CLAIRE'S HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KILA SMITH,<br><br>Plaintiff,<br><br>v.<br><br>CLAIRE'S BOUTIQUES, INC. a Michigan Corporation; CLAIRE'S HOLDINGS, LLC, a Limited Liability Company; RYAN VERO, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF DANIELLE CLARK IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL**<br><br>(Filed concurrently with Notice of Removal; Declarations of Michele Reilly and Adam Y. Siegel; Civil Case Cover Sheet; Notice of Interested Parties; and Corporate Disclosure Statement)<br><br>Complaint Filed: 08/05/2022<br>Trial Date: TBD |

I, DANIELLE CLARK, declare as follows:

1. I am over the age of 18 and competent to testify. The following facts are based on my personal knowledge or based on my personal review of records kept in the course of regularly conducted business activities by Defendant Claire's Boutiques, Inc. and Defendant Claire's Holdings, LLC (hereinafter also referred to as "Defendants"). If called as a witness, I can and will competently testify hereto.

2. I submit this declaration in support of Defendants' Notice of Removal.

3.     I am currently the Director, Human Resources Business Partner Field Functions for Defendants and have been employed by Defendants in various human resources roles since 2000. As a result, I am very familiar with Defendants' corporate structures and their executive, administrative, financial and management functions.

4.     In the course and scope of my employment as Director, Human Resources Business Partner Field Functions, I have access to and regularly review Defendants' payroll data and personnel records for current and former employees. Furthermore, I have access to and regularly review payroll data and records that are created, maintained, regularly updated, and kept by Defendants in the regular and ordinary course of business. Based on my role asDirector, Human Resources Business Partner Field Functions, I have access to the payroll and personnel records of Plaintiff Kila Smith ("Plaintiff"). Based on my review of Plaintiff's payroll records, which were created, maintained, and kept by Defendant in the regular and ordinary course of business, I understand that throughout Plaintiff's employment for Defendant, she worked anywhere from 15-37 hours per week and earned $19.85 per hour. Based on my review of Plaintiff's personnel records, which were also created, maintained, and kept by Defendant in the regular and ordinary course of business, I understand that Plaintiff's residential address was located in Citrus Heights, California throughout the course of her employment with Defendant.

I declare under oath and penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: October 13, 2022

*Danielle Clark*

DANIELLE CLARK