Adam Y. Siegel (SBN 238568)
**JACKSON LEWIS P.C.**
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430
E-mail: Adam.Siegel@jacksonlewis.com

Mossamat N. Karim (State Bar No. 329711)
**JACKSON LEWIS P.C.**
50 California Street, 9th Floor
San Francisco, CA 94111-4615
Telephone: (415) 796-5421
Facsimile: (415) 394-9401
E-mail: Mossamat.Karim@jacksonlewis.com

Attorneys for Defendants
CLAIRE'S BOUTIQUES, INC.
AND CLAIRE'S HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KILA SMITH,<br><br>   Plaintiff,<br><br>   v.<br><br>CLAIRE'S BOUTIQUES, INC., a Michigan Corporation; CLAIRE'S HOLDINGS, LLC, a Limited Liability Company; RYAN VERO, an individual; and DOES 1 through 100, inclusive,<br><br>   Defendants. | Case No.<br><br>**DECLARATION OF ADAM Y. SIEGEL IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL**<br><br>(Filed concurrently with Notice of Removal; Declarations of Michele Reilly and Danielle Clark; Civil Case Cover Sheet; Notice of Interested Parties; and Corporate Disclosure Statement)<br><br>Complaint Filed: 08/05/2022<br>Trial Date: TBD |

I, Adam Y. Siegel, declare as follows:

1. I am an attorney admitted to practice before all courts of the State of California and before this Court. I am a Principal with the law firm Jackson Lewis P.C., counsel of record for Defendant Claire's Boutiques, Inc. and Defendant Claire's Holdings, LLC (hereinafter, "Defendants"). I make the following declaration based on personal knowledge, and on my review

1

of and familiarity with Defendant's files and documents in the above-captioned matter. If called as a witness, I could and would competently testify to the facts contained herein.

2. I submit this declaration in support of Defendant's Notice of Removal.

3. On August 5, 2022, Plaintiff KILA SMITH ("Plaintiff") filed her Complaint against Defendant in the Superior Court of the State of California, Contra Costa County entitled *KILA SMITH vs. Claire's Boutiques, Inc., Claire's Holdings, LLC, and Ryan Vero, and DOES 1 through 100, inclusive, Defendant*, Case No. Case No. 34-2022-00324771, which sets forth the following 8 causes of action: (1) discrimination based on disability and/or medical condition under the California Fair Employment and Housing Act ("FEHA"), Cal. Gov't Code §§ 12900, *et seq.*; (2) retaliation under FEHA; (3) failure to prevent discrimination under FEHA; (4) failure to provide a reasonable accommodation under FEHA; (5) failure to engage in the interactive process under FEHA; (6) wrongful termination in violation of public policy; (7) failure to indemnify for business expenses, Cal. Lab. Code § 2802; and (8) Unfair Competition, Cal. Bus. & Prof. Code §§ 17200, *et seq*. True and correct copies of the Complaint, Certificate of Counsel, and Notice of Case Management Conference are attached to Defendant's Notice of Removal as **Exhibit "A".** Defendants Claire's Boutiques, Inc. and Claire's Holdings, LLC are named as defendants to all causes of action, while Defendant Vero is named as a defendant to only the seventh cause of action. *Id*. Plaintiff also filed a Civil Case Coversheet. On August 9, 2022, the court issued its Notice of Case Management Conference. *Id*. Plaintiff served Defendant with the Complaint on September 15, 2022, which included the Notice of Case Management Conference from the court. *Id*.

4. On October 12, 2022, Defendant filed its Answer to Plaintiff's Complaint in Contra Costa County Superior Court. Defendant is waiting to receive a conformed copy of the Answer from the Court but has not received it due to delays caused by Covid-19. A true and correct copy of Defendant's Answer is attached to Defendant's Notice of Removal as **Exhibit "B."**

5. As to the best of my knowledge and based on information and belief, **Exhibits "A"** and **"B"** to the Notice of Removal constitute all of the pleadings received or filed by Defendant in this matter.

6. As of the date of the Notice of Removal, Plaintiff has not yet effected service of the summons and Complaint on Defendant Claire's Holdings, LCC and Defendant Ryan Vero.

7. My colleague, Mossamat Nusrat Karim and I have engaged in settlement negotiations with Plaintiff's counsel. On March 10, 2022, Plaintiff made a settlement demand of $125,000. On April 4, 2022, Plaintiff made a reduced settlement demand of $80,000. On October 7, 2022, Plaintiff made a further reduced settlement demand of $75,000. Attached as **Exhibit "C"** is copy of emails by Plaintiff's counsel regarding Plaintiff's settlement demands.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this day of October 13, 2022, at Los Angeles, California.

                                      Adam Siegel

4883-6632-2232, v. 1