Adam Y. Siegel (SBN 238568)
**JACKSON LEWIS P.C.**
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430
E-mail: Adam.Siegel@jacksonlewis.com

Mossamat N. Karim (State Bar No. 329711)
**JACKSON LEWIS P.C.**
50 California Street, 9th Floor
San Francisco, CA 94111-4615
Telephone: (415) 796-5421
Facsimile: (415) 394-9401
E-mail: Mossamat.Karim@jacksonlewis.com

Attorneys for Defendants
CLAIRE'S BOUTIQUES, INC.
AND CLAIRE'S HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KILA SMITH,<br><br>Plaintiff,<br><br>v.<br><br>CLAIRE'S BOUTIQUES, INC., a Michigan Corporation; CLAIRE'S HOLDINGS, LLC, a Limited Liability Company; RYAN VERO, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.<br><br>**DEFENDANT CLAIRE'S BOUTIQUES, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>(Filed concurrently with Notice of Removal; Declarations of Danielle Clark, Michele Reilly and Adam Y. Siegel; Civil Case Cover Sheet; and Notice of Interested Parties)<br><br>Complaint Filed: 08/05/2022<br>Trial Date: TBD |

**TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, PLAINTIFF KILA SMITH AND HER COUNSEL OF RECORD HEREIN:**

Federal Rule of Civil Procedure 7.1(a) provides: "A nongovernmental corporate party must file two copies of a disclosure statement that: (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such

corporation."

In accordance with Rule 7.1(a), the undersigned counsel of record for Defendant certifies as follows:

(i) Defendant CLAIRE'S BOUTIQUES, INC. is a non-government entity; (ii) Defendant CLAIRE'S BOUTIQUES, INC. is a wholly owned subsidiary of Claire's Stores, Inc.; (iii) Claire's Stores, Inc.'s parent company is Claire's Holdings LLC; and (iv) no publicly traded company owns 10% or more of the stock of Defendant CLAIRE'S BOUTIQUES, INC.

Dated: October 14, 2022              JACKSON LEWIS P.C.

                                By:  /s/ Adam Y. Siegel
                                     Adam Y. Siegel
                                     Mossamat N. Karim
                                     Attorneys for Defendants
                                     CLAIRE'S BOUTIQUES, INC.

4885-8572-6265, v. 1