| | |
|---|---|
| 1 | Adam Y. Siegel (SBN 238568)<br>Carmen M. Miranda (SBN 271276) |
| 2 | **JACKSON LEWIS P.C.**<br>725 South Figueroa Street, Suite 2500 |
| 3 | Los Angeles, California  90017-5408<br>(213) 689-0404 - Office |
| 4 | (213) 689-0430 – Fax<br>Adam.Siegel@jacksonlewis.com |
| 5 | Carmen.Miranda@jacksonlewis.com |
| 6 | Mossamat N. Karim (State Bar No. 329711) |
| 7 | **JACKSON LEWIS P.C.**<br>50 California Street, 9th Floor |
| 8 | San Francisco, CA 94111-4615<br>Telephone:  (415) 796-5421 |
| 9 | Facsimile:   (415) 394-9401<br>E-mail:        Mossamat.Karim@jacksonlewis.com |
| 10 | Attorneys for Defendants<br>CLAIRE'S BOUTIQUES, INC. |
| 11 | AND CLAIRE'S HOLDINGS, LLC |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KILA SMITH,<br><br>       Plaintiff,<br><br>    vs.<br><br>CLAIRE'S BOUTIQUES, INC., a Michigan Corporation; CLAIRE'S HOLDINGS, LLC, a Limited Liability Company; RYAN VERO, an individual; and DOES 1 through 100, inclusive,<br><br>       Defendant. | Case No.:<br><br>**DEFENDANT CLAIRE'S BOUTIQUES, INC. A MICHIGAN CORPORATION'S NOTICE OF INTERESTED PARTIES**<br><br>(Filed concurrently with Notice of Removal; Declarations of Danielle Clark, Michele Reilly and Adam Y. Siegel; Civil Case Cover Sheet; Notice of Interested Parties; and Corporate Disclosure Statement) |

**TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, PLAINTIFF KILA SMITH AND HER COUNSEL OF RECORD HEREIN:**

The undersigned counsel of record for Defendant CLAIRE'S BOUTIQUES, INC., a Michigan Corporation, certifies the following listed parties have a direct, pecuniary

interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff KILA SMITH;
2. Defendant CLAIRE'S BOUTIQUES, INC.

Respectfully submitted,

DATED: October 14, 2022  JACKSON LEWIS P.C.

By: /s/ *Adam Y. Siegel*
Adam Y. Siegel
Mossamat N. Karim
Attorneys for Defendant
CLAIRE'S BOUTIQUES, INC.
AND CLAIRE'S HOLDINGS, LLC

4896-2591-3657, v. 1