Adam Y. Siegel (State Bar No. 238568)
**JACKSON LEWIS P.C.**
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone:  (213) 689-0404
Facsimile:  (213) 689-0430
E-mail:  Adam.Siegel@jacksonlewis.com

Mossamat N. Karim (State Bar No. 329711)
**JACKSON LEWIS P.C.**
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone:  (415) 796-5421
Facsimile:  (415) 394-9401
E-mail:  Mossamat.Karim@jacksonlewis.com

Attorneys for Defendants
CLAIRE'S BOUTIQUES, INC.
AND CLAIRE'S HOLDINGS, LLC

Aidin D. Ghavimi, Esq. (SBN. 305808)
John Vafa, Esq. (State Bar No. 306059)
Ilana N. Fine, Esq. (State Bar No. 331075)
**STARPOINT, LC**
15233 Ventura Boulevard, Suite PH16
Sherman Oaks, CA 91403
T: (310) 424-9971
F: (424) 255-4035
info@starpointlaw.com
service@starpointlaw.com

Attorneys for Plaintiff
KILA SMITH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KILA SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLAIRE'S BOUTIQUES, INC. a Michigan Corporation; CLAIRE'S HOLDINGS, LLC, a Limited Liability Company; RYAN VERO, an individual; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 2:22-cv-01840 KJM KJN<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)** |

1  The parties to this action, acting through counsel, and pursuant to Federal
2  Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a
3  negotiated settlement executed by them, to the Dismissal With Prejudice of this
4  action, including all claims stated herein against all Defendants, with each party to
5  bear its own attorney's fees and costs.

7  Dated: February 15, 2023          JACKSON LEWIS P.C.

9                          By:  /s/Adam Y. Siegel
10                              Adam Y. Siegel
                                Mossamat N. Karim
                                Attorneys for Defendants
11                              CLAIRE'S BOUTIQUES, INC.
                                AND CLAIRE'S HOLDINGS, LLC

13 Dated: February 15, 2023          STARPOINT, LC

15                          By:  /s/Aidin D. Ghavimi
                                Aidin D. Ghavimi
16                              John Vafa
                                Ilana N. Fine
17                              Attorneys for Plaintiff
                                KILA SMITH

## ATTESTATION OF SIGNATURE

Pursuant to Eastern District of California Local Rule _____, I attest that concurrence in the filing of this document has been obtained from each of the signatories to this document.

                                /s/Adam Y. Siegel

4880-0996-0521, v. 1